No. 822. INDEMNITY INSURANCE Co. *v.* SLOAN. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Roscoe R. Koch, Walter C. Capper,* and *Edward M. Biddle* for petitioner. No appearance for respondent.

No. 825. NEW YORK TRUST CO., TRUSTEE, *v.* CARGILE ET AL. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Joseph W. House, James G. Martin, George B. Rose,* and *A. W. Dobyns* for petitioner. *Messrs. Hal L. Norwood* and *Walter L. Pope* for respondents.

No. 828. NEW ENGLAND NEWSPAPER PUBLISHING Co. *v.* BONNER; and

No. 846. BONNER *v.* NEW ENGLAND NEWSPAPER PUBLISHING Co. April 2, 1934. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis P. Garland* for New England Newspaper Publishing Co. *Messrs. Richard W. Hale* and *John W. Guider* for Bonner.

No. 829. NEW ENGLAND NEWSPAPER PUBLISHING Co. *v.* GRIFFITH. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Francis P. Garland* for petitioner. No appearance for respondent.

No. 835. ATLANTIC COAST LINE R. Co. *v.* STRINGFELLOW. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.